

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00124-CV

**WESTFREIGHT SYSTEMS INC.,**
Appellant

v.

John Michael **HEUSTON,** individually and as dependent administrator of the Estate of Juana Garza, deceased, and Geronimo Rodriguez, individually,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-03-50966-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

    Appellant Westfreight's unopposed motion for extension is hereby GRANTED. Appellant's brief is due on or before September 16, 2014.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court